NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1087

BUSHNELL INC. and LASER TECHNOLOGY, INC.,

Plaintiffs-Appellees,

v.

THE BRUNTON COMPANY, LS GLOBAL LLC,
and LANSHUO PHOTOELECTRIC SCIENCE AND TECHNOLOGY COMPANY LTD.,

Defendants-Appellants.

Appeal from the United States District Court for the District of Kansas
in case no. 09-CV-2009, Judge Kathryn H. Vratil.

ON MOTION

Before LOURIE, Circuit Judge.

ORDER

The appellants submit a motion for a stay, pending appeal, of the preliminary injunction entered by the United States District Court for the District of Kansas.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The appellees are directed to respond no later than December 3, 2009.

(2)    The preliminary injunction is temporarily stayed, pending receipt of the response and the court's consideration of the papers submitted.

FOR THE COURT

NOV 25 2009
_____
            Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    J. Michael Huget, Esq.
       Scott R. Brown, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 25 2009

JAN HORBALY
CLERK